# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TERESA LYNN SALINAS,

    Plaintiff,

v.

NANCY A. BERRYHILL,[1]
Commissioner of Social Security,

    Defendant.

Case No. 2:15-CV-06439-SK

**JUDGMENT**

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: September 25, 2017

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] Nancy Berryhill, the current Commissioner, is substituted as Defendant for former Acting Commissioner Carolyn W. Colvin. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).